UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDWARD JAMAR PERSON,

                Plaintiff                07-CV-5960 (PAC)(HBP)

    -against-                       **NOTICE OF**
                                        **APPEARANCE**

CORRECTIONAL OFFICER BIBILARI,
7050, CORRECTIONAL OFFICER PELUSO,
#10657, ET AL.,

                Defendants.
-----------------------------------------------------------------X

    PLEASE TAKE NOTICE that TRACIE A. SUNDACK & ASSOCIATES, L.L.C., 19 Court Street, Third Floor, White Plains, New York 10601, duly admitted to practice law before the United States District Court for the Southern District of New York, does hereby appear in the above action on behalf of the plaintiff, EDWARD JAMAR PERSON.

    PLEASE TAKE FURTHER NOTICE that all answering papers, etc., are to be forwarded to the above address to her attention.

                                    Very truly yours,

                                    */s/ Tracie A. Sundack*
                                  TRACIE A. SUNDACK & ASSOCIATES, L.L.C.
                                  By: Tracie A. Sundack (TS-7778)
                                  Attorneys for Plaintiff
                                  EDWARD JAMAR PERSON
                                  19 Court Street, Third Floor
                                  White Plains, New York 10601

Dated: White Plains, New York
         December 3, 2007

   TO:   Michael A. Cardozo
           Corporation Counsel
           Attorney for Defendants
           100 Church Street
           New York, New York 10007

## AFFIRMATION OF SERVICE

JEFFREY R. POLLACK, an attorney at law, affirms the following under penalty of perjury:

That I am not a party to this action. I am over 18 years of age and reside in the County of Westchester, City and State of New York.

That on the 4th day of December, 2007, affirmant served the within **NOTICE OF APPEARANCE** on:

>MICHAEL A. CARDOZO
>Corporation Counsel
>Attorney for Defendants
>100 Church Street
>New York, New York 10007

by depositing same in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

JEFFREY R. POLLACK