EDWARD JAMAR PERSON

                                              Plaintiff(s)

                - against -

Index # 07-CV-5960 (PAC)(HBP)

THE CITY OF NEW YORK, ETAL

Purchased April 10, 2008

                                            Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ROBERT RAMSAY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 30, 2008 at 01:30 PM at

C/O DONALD CRANSTON JUDICIAL CENTER
240 MANDANICI ROAD
EAST ELMHURST, NY 11369

deponent served the within AMENDED SUMMONS AND AMENDED COMPLAINT on CORRECTION OFFICER "JOHN" PELUSO, BADGE #10657 therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to CAPTAIN CLEMETSON a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BLACK | 47 | 5'9 | 195 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O DONALD CRANSTON JUDICIAL CENTER
240 MANDANICI ROAD
EAST ELMHURST, NY 11369

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on July 31, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE**    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  July 31, 2008

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | **ROBERT RAMSAY** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 871312 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 466376 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728